FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                               Case No.: 4:12−bk−01445−BMW

DARLA WIGGIN NORRISH              Chapter: 13
5720 E GLENN STREET
TUCSON, AZ 85712
**SSAN:** xxx−xx−9275
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

    Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1.    Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>7320 N. LA CHOLLA #154 PMB 413<br>TUCSON, AZ 85741−2305 |
| Address of Debtor(s) | DARLA WIGGIN NORRISH<br>5720 E GLENN STREET<br>TUCSON, AZ 85712 |
| Address of Debtor(s) Attorney | DANIEL 2 RYLANDER<br>DANIEL J. RYLANDER, P.C.<br>2701 E. SPEEDWAY BLVD #203<br>TUCSON, AZ 85716 |

                             − − − NOTICE CONTINUES ON NEXT PAGE − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: April 30, 2013**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**George Prentice**

```
                        United States Bankruptcy Court
                             District of Arizona

In re:                                                          Case No. 12-01445-BMW
DARLA WIGGIN NORRISH                                            Chapter 13
       Debtor           CERTIFICATE OF NOTICE

District/off: 0970-4      User: stroude           Page 1 of 3         Date Rcvd: Apr 30, 2013
                          Form ID: nch13pln       Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2013.

```
db         +DARLA WIGGIN NORRISH,    5720 E GLENN STREET,    TUCSON, AZ 85712-5234
cr         +Fleishman Law, PLC,   6818 North Oracle Road, Suite 426,    Tucson, AZ 85704-4233
cr         +PIMA COUNTY,   C/O PIMA COUNTY ATTORNEY - CIVIL,    32 N. STONE AVE., STE. 2100,
             TUCSON, AZ 85701-1458
cr        #+The Law Office of Ned Garn PLLC,    738 N. 5th Ave.,   Suite 220,   Tucson, AZ 85705-8400,
             UNITED STATES
11117509   +ADOBE VETERINARY CENTER,    NEIL STATEN,   8300 E TANQUE VERDE RD,    TUCSON AZ 85749-8796
11117496   +ALYNE KIMBROUGH.,    7651 E SENECA ST,   TUCSON AZ 85715-4221
11117492   +AZ ASSETS LLC,    12827 E NIGHTHAWK RANCH PL,    TUCSON AZ 85749-9081
11117507   +BARBARA THOMPSON OHARA,    8111 E BROADWAY BLVD,    TUCSON AZ 85710-3937
11117511   +CARLTON WIGGIN JR,    227 ESSEX STREET,   BANGOR ME 04401-4001
11117497   +CAROLYN RENNIE,    122 S KOLB RD,   TUCSON AZ 85710-3604
11117495   +CARRIE ALLEN,    SUITE 109,   2500 N TUCSON BLVD,    TUCSON AZ 85716-2463
11117502    CITY OF TUCSON,    P 0 BOX 28804,   TUCSON AZ 85726-8804
11117508   +DONNA THOMASON,    34656 E CRYSTAL VISIONS RD,    MARANA AZ 85658-8456
11501035   +Fleishman Law, PLC,    c/o The Law Office of Ned Garn,   738 N. 5th Ave. Ste. 220,
             Tucson, AZ 85705-8400
11117506   +GLENN CARLTON,    5630 N ABINGTON RD,   TUCSON AZ 85743-9075
11117498   +LISA THOMPSON,    2321 E SPEEDWAY BLVD,   TUCSON Az 85719-4730
11117512   +MICHAEL FLEISHMAN,    SUITE 426,   6818 N ORACLE RD,   TUCSON AZ 85704-4233
11117513   +NED GARN,   SUITE 220,    738 N FIFTH AVE,   TUCSON AZ 85705-8400
11117510   +PEGGIE BURG,    6438 E CALLE DE SAN ALBERTO,   TUCSON AZ 85710-2116
11117505   +PIMA CO SHERIFF DEPT,    TAX UNIT,   32 N STONE AVE,   TUCSON AZ 85701-1458
11972920   +PIMA COUNTY, ARIZONA,    C/O PIMA COUNTY ATTORNEY - CIVIL,    32 N. STONE AVE., SUITE 2100,
             TUCSON, AZ 85701-1458
11134329    SOUTHWEST GAS CORPORATION,    PO BOX 1498,   VICTORVILLE CA 92393-1498,   BANKRUPTCY DESK
11117501   +SOWERS STONE,    #171,   4141 E TENNESSEE ST,    TUCSON AZ 85714-2185
11117500   +SUSAN MCCREADY,    9076 W FLOYD ST,   TUCSON AZ 85735-1752
11117504   +SW GAS CORP,    3401 E GAS RD,   TUCSON AZ 85714-1917
11117499   +TERRY MCGLASHAN,    P 0 Box 771314,   ORLANDO FL 32877-1314
11492725  +++THE LAW OFFICE OF NED GARN PLLC,    C/O FLEISHMAN LAW PLC,   6818 N ORACLE ROAD SUITE 426,
             TUCSON AZ 85704-4233
11117494   +TOM MORING,    SUITE 100,   8930 E RAINTREE DR,    SCOTTSDALE AZ 85260-7029
11497036  #+The Law Office of Ned Garn PLLC,    738 North Fifth Avenue, Suite 220,
             Tucson, Arizona 85705-8400
11117493   +WARREN MICHAELS,    12827 E NIGHTHAWK RANCH PI,,    TUCSON AZ 85749-9081
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcynotices@azdor.gov May 01 2013 01:59:55     AZ DEPARTMENT OF REVENUE,
               BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
11117503       E-mail/Text: bankruptcy@tusconelectric.com May 01 2013 04:28:39     TEP,   P 0 BOX 80077,
               PRESCOTT AZ 86304-8077
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2013**             **Signature:**      *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2013 at the address(es) listed below:

```
          DANIEL 1 RYLANDER    on behalf of Debtor DARLA WIGGIN NORRISH ecf@robrylaw.com
          DANIEL 2 RYLANDER    on behalf of Debtor DARLA WIGGIN NORRISH ecf@robrylaw.com
          DANIEL J RYLANDER    on behalf of Debtor DARLA WIGGIN NORRISH ecf@robrylaw.com,
           reenie102@gmail.com
          DIANNE C. KERNS    ecf@dcktrustee.com, dckerns@dcktrustee.com
          KING GRANT WINSTON    on behalf of Creditor    PIMA COUNTY pcaocvbk@pcao.pima.gov
          MICHAEL ANDREW FLEISHMAN    on behalf of Creditor    Fleishman Law, PLC michael@landandbiz.com
          MICHAEL ANDREW FLEISHMAN    on behalf of Creditor    The Law Office of Ned Garn PLLC
           michael@landandbiz.com
          NED KIPPER GARN    on behalf of Creditor    The Law Office of Ned Garn PLLC nedgarn@hotmail.com
          NED KIPPER GARN    on behalf of Creditor    Fleishman Law, PLC nedgarn@hotmail.com
          TRUDY 1  NOWAK    on behalf of Trustee TRUDY A. NOWAK tan@tanowak.com,
           abm@tanowak.com;dkw@tanowak.com
          TRUDY 2  NOWAK    on behalf of Trustee TRUDY A. NOWAK tan@tanowak.com,
           abm@tanowak.com;dkw@tanowak.com;TAN@trustesolutions.net
          U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 12
```